IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KELLEY MAE JOHNSON COOK, etc.,
    Plaintiffs

v.                                  CIVIL NO. AMD 02-2355

A.C. & S., INC., et al.,
    Defendants

...oOo...

ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this 27th day of August, 2002, by the United States District Court for the District of Maryland,

ORDERED that this matter be ADMINISTRATIVELY CLOSED without prejudice to the right of any party to seek to reopen this action for good cause shown.

The Clerk shall TRANSMIT a copy of this order to all counsel.

_____
ANDRE M. DAVIS
United States District Judge

