IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KELLEY COOK, et al., | * |
| Plaintiffs | * |
| v. | *   Civil Action No. AMD-02-cv-2355 |
| AC&S, INC., et al., | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Melodie M. Mabanta only, and substitute the appearance of Genevieve Marshall as counsel for Defendant, John Crane Inc. in this action. Deborah L. Robinson, Peter A. Woolson and Robinson Woolson, P.A. remain as counsel for Defendant John Crane Inc.

ROBINSON WOOLSON, P.A.

By: */s/ Genevieve Marshall*
    Deborah L. Robinson
    Federal Bar No. 02201
    Peter A. Woolson
    Federal Bar No. 04448
    Genevieve Marshall
    Federal Bar No. 27591
    217 East Redwood Street, Suite 1500
    Baltimore, Maryland  21202
    410.625.0000

Attorneys for Defendant, John Crane Inc.